### WEBSTER V. PRICE.

The bond on a replevin comes in place of the property and must respond.

WRIT OF ERROR. Price took Webster's sheep damage feasant and impounded them; Webster replevied them, and charged Price in trespass for the taking; the justice gave judgment in favor of Price upon the replevin, and that Webster should pay the damage, or return the sheep; Webster appeals to the County Court, but did not prosecute his appeal; Price took out the copies and entered them in the adjourned court and had the judgment of the justice affirmed, and then brings a *scire facias* upon the replevin bond. Webster plead *nul tiel*

*record;* Price replied and set forth the bond and record, and prayed inspection, etc. The court find that there is such a record; and give judgment for the plaintiff to recover. And now this writ of error is brought, assigning for error, that Price had no right to enter for affirmance of judgment at the adjourned court, but ought to have entered at the stated court to which the cause was appealed.

Judgment — That there is nothing erroneous in the judgment complained of; without deciding whether Price had right to enter at the adjourned court for affirmance of judgment or not, for the replevin bond came in lieu of the property, and the action of trespass in the replevin was determined against the plaintiff; and although he appealed, yet he failed to prosecute the appeal — he therefore is liable upon the bond.